**Robert J. KIDDEY, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7101.

United States Court of Appeals, Federal Circuit.

March 5, 2007.

ON MOTION

*ORDER*

Upon consideration of Robert J. Kiddey's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

**Sandra WAITERS, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7124.

United States Court of Appeals, Federal Circuit.

March 5, 2007.

Sandra Waiters, pro se.

*ORDER*

Sandra Waiters having failed to respond to this court's January 26, 2007 order directing her to show cause why her appeal should not be dismissed as untimely filed,

IT IS ORDERED THAT:

This appeal is dismissed.